# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE
# COLUMBIA DIVISION

Motion GRANTED.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 1:15-00002 |
| ) | JUDGE TRAUGER |
| CHAD ALLEN MARTIN ) | |

## MOTION TO WITHDRAW

Defendant Chad Allen Martin has retained counsel, and retained attorney has now entered an appearance in this matter. Therefore, undersigned counsel respectfully moves to withdraw as counsel of record in this matter.

Respectfully submitted,

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT (BPR#017021)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: Caryll_Alpert@fd.org

Attorney for Chad Allen Martin

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2015, I electronically filed the foregoing Motion To Withdraw with the clerk of the court by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: William Lee Deneke, Assistant United States Attorney, 110 Ninth Avenue South, Suite A961, Nashville, TN 37203 and S. Jason Whatley, Attorney at Law, 29 Public Square, P. O. Box 411, Columbia, TN 38402.

/s/ *Caryll S. Alpert*
CARYLL S. ALPERT